AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Northern Mariana Islands

| | |
|---|---|
| TANG'S CORPORATION<br>*Plaintiff*<br>v.<br>IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC<br>*Defendant* | )<br>)<br>)  Civil Action No.  1:20-cv-00006<br>)<br>) |

FILED
Clerk
District Court
SEP 20 2023
for the Northern Mariana Islands
By _____
(Deputy Clerk)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other**: The Court awards Tang's Corp. $78,983.76 in damages plus post-judgment interest at the federal rate: which includes $20,983.76 for the 2016-2017 storage fee to DPL paid by Tang's, $2,500 insurance premium for liability insurance for storage, $1,500 fee for preparation of site plan for storage, and $54,000 management fee owed to Tang's Corp. for three years of management services. Additionally, IPI shall immediately pay the amount of $191,070.56 to Tang's Corp. for fees and charges owed to DPL as of September 2023, plus any additional fees and charges that may accrue thereafter; upon its receipt of these funds, Tang's Corp is directed to immediately pay such funds to DPL. Because the pilings stored on DPL's property at Marpi are the property of IPI, IPI is directed to take possession of the pilings for responsible disposal within thirty (30) days of the Court's Order (ECF No. 132).

This action was *(check one)*:

☐ **tried by a jury with Judge** _____ presiding, and the jury has rendered a verdict.

☑ **tried by Judge** Ramona V. Manglona without a jury and the above decision was reached.

☐ **decided by Judge** _____ on a motion for

Date:  09/20/2023

CLERK OF COURT

_____
*William Bezzant, Chief Deputy Clerk for*
*HEATHER L. KENNEDY, Clerk of Court*